UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

MELISSA MASSACHUSETTS LLC,

Plaintiff,

-v-

ASSET BASED LENDING LLC, et al.,

Defendants.

26cv4721 (DLC)

ORDER

DENISE COTE, District Judge:

An initial pretrial conference was held in the above-captioned matter on August 6, 2026. During the conference, plaintiff's counsel represented that his client is a citizen of Massachusetts. An Order of August 6 then required defendants to file a letter, no later than August 21, explaining their citizenship. Defendants submitted such a letter on August 21 and represented that both defendants are limited liability companies with at least one limited partner who is a citizen of Massachusetts. Defendants explain that, as a result, diversity jurisdiction does not exist and that there is no other basis for federal jurisdiction. Accordingly, it is hereby

ORDERED that the above-captioned matter is dismissed for lack of jurisdiction. The Clerk of Court is directed to close

this case.

Dated: New York, New York
August 24, 2026

DENISE COTE
United States District Judge